UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAYMOND CLAYTON, an individual, | No. CV-08-5011-FVS |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL |
| CITY OF WALLA WALLA, a municipality; WALLA WALLA POLICE GUILD, a Local Union Organization; and GARRETTSON GALLAGHER FENRICH & MAKLER, P.C., a Law Firm, | |
| Defendants. | |

BASED ON THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs to any party. The District Court Executive shall provide copies to counsel and close the file.

ORDER OF DISMISSAL
PAGE 1

1  DONE IN OPEN COURT this <u>17th</u> day of July, 2008.

2  s/ Fred Van Sickle<br>_____<br>THE HONORABLE FRED VANSICKLE<br>US District Court Judge

3

4

5  Presented by:

6  /s/ Kevin Curtis

7  Kevin Curtis, WSBA #12085
Attorney for Defendant

8  Garrettson Gallagher Fenrich & Makler, P.C.

9  601 W. Riverside, Ste. 1900

10  Spokane, WA 99201
(509) 838-6131

11  Facsimile: (509) 838-1416

12  kjc@winstoncashatt.com

ORDER OF DISMISSAL
PAGE 2